FILED
CLERK, U.S. DISTRICT COURT
08/17/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>MARKKIS PORCHAE SONIER,<br><br>             Defendant. | CR 2:21-cr-00380-FLA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about July 13, 2021, in Los Angeles County, within the Central District of California, defendant MARKKIS PORCHAE SONIER knowingly possessed a firearm, namely, a Rossi, model 35102, .38 Special caliber revolver, bearing serial number EY47625, and ammunition, namely, four rounds of Remington .38 Special caliber ammunition and one round of Winchester .38 Special caliber ammunition, in and affecting interstate and foreign commerce.

Defendant SONIER possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Corporal Injury to Cohabitant, in violation of California Penal Code Section 273.5, in the Superior Court of the State of California, County of Riverside, Case Number 1200277, on or about November 15, 2012;

(2) Statutory Rape, in violation of California Penal Code Section 261.5(c), in the Superior Court of the State of California, County of Riverside, Case Number 1202623, on or about November 29, 2012;

(3) Carjacking, in violation of California Penal Code Section 215(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 104162, on or about June 24, 2014;

(4) Second Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number 104162, on or about June 24, 2014; and

(5) Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number 104162, on or about June 24, 2014.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

  i. one Rossi, model 35102, .38 Special caliber revolver, bearing serial number EY47625;
  ii. four rounds of Remington .38 Special caliber ammunition; and
  iii. one round of Winchester .38 Special caliber ammunition.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a)

3

cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANNA P. FARIAS-EISNER
Assistant United States Attorney
General Crimes Section